**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DEUTCHE BANK NATIONAL TRUST     :   No. 212 MAL 2022
COMPANY AS TRUSTEE FOR SAXON    :
ASSET SECURITIES TRUST 2007-2     :
MORTGAGE LOAN ASSET BACKED    :   Petition for Allowance of Appeal
CERTIFICATES, SERIES 2007-2,      :   from the Order of the Superior Court
                                          :
            Respondent          :
                                          :
                                          :
              v.                   :
                                          :
                                          :
BRUCE R. NORTON,                :
                                          :
            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.